# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145378

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KETJOL MANOKU,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145378
COA: 308018
Oakland CC: 2004-197899-FC

On order of the Court, the application for leave to appeal the May 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

t1015